Christopher D. Banys (State Bar No. 230038)
Richard C. Lin (State Bar No. 209233)
Jennifer C. Lu (State Bar No. 255820)
cdb@banyspc.com
rcl@banyspc.com
jcl@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
BENJAMIN GROBLER

DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

ALFREDO A. PEREZ DE ALEJO (*pro hac vice*)
aperezdealejo@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1700
Facsimile (212) 506-1800

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>              Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No.  3:12-cv-01534-JST (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

1  Plaintiff Benjamin Grobler ("Grobler") and Defendant Apple Inc., by and through their
2 respective attorneys of record, hereby submit this stipulation and [proposed] order to reschedule the
3 Case Management Conference hearing which is currently scheduled to be held on April 5, 2013 at 2:00
4 p.m.

5  WHEREAS, on March 22, 2013, the Deputy Clerk issued a notice setting a Case Management
6 Conference hearing in this matter for April 5, 2013 at 2:00 P.M. before the Honorable Jon S. Tigar.
7 (Dkt. No. 44);

8  WHEREAS, counsel for Grobler has a scheduling conflict due to another hearing that Grobler's
9 counsel must attend on April 5, 2013 in Denver, Colorado on another matter pending in the United
10 States District Court for the District of Colorado;

11  WHEREAS, counsel for both Grobler and Apple are available to appear for a Case Management
12 Conference on April 17, 2013 at 2:00 p.m.

13  Accordingly, Grobler and Apple hereby stipulate pursuant to Civil Local Rules 7-11 and 7-12
14 and jointly request that the Case Management Conference hearing be rescheduled for April 17, 2013 at
15 2:00 p.m.

16  SO STIPULATED.

17

18 Dated: March 27, 2013  Respectfully submitted,

19

20  */s/ Jennifer C. Lu*_____
    Jennifer C. Lu

21  BANYS, P.C.
22  Christopher D. Banys (State Bar No. 230038)
    Richard C. Lin         (State Bar No. 209233)
23  Jennifer C. Lu         (State Bar No. 255820)
    cdb@banyspc.com
24  rcl@banyspc.com
    jcl@banyspc.com
25  Banys, P.C.
    2200 Geng Road, Suite 200
26  Palo Alto, CA  94303
27  Tel:  (650) 308-8505
    Fax:  (650) 322-9103
28

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT          1          CASE NO.: 3:12-CV-01534-JST (PSG)
CONFERENCE

Attorneys for Plaintiff,
BENJAMIN GROBLER


/s/ Alfredo A. Perez de Alejo

DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

ALFREDO A. PEREZ DE ALEJO (*pro hac vice*)
aperezdealejo@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone (212) 506-1700
Facsimile (212) 506-1800

Attorneys for Defendant,
APPLE INC.

Pursuant to stipulation, the Case Management Conference hearing shall be rescheduled for April 17, 2013 at 2:00 p.m.

IT IS SO ORDERED.


DATED:      March 28, 2013

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE

2

CASE NO.: 3:12-CV-01534-JST (PSG)