UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENJAMIN GROBLER, | |
|---|---|
| Plaintiff, | Case No. 12-cv-01534-JST |
| v. | **ORDER VACATING HEARING** |
| APPLE INC., | Re: ECF No. 55 |
| Defendant. | |

A hearing on Apple's motion to stay, ECF No. 55, is scheduled for June 6, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 31, 2013

_____
JON S. TIGAR
United States District Judge