UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 12-cv-01534-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY**<br><br>Re: ECF No. 55 |

Apple moves to stay this action pending inter partes review of the patent-in-suit, U.S. Patent No. 6,799,084 ("the '084 Patent"). Upon review of the parties' submissions, the Court concludes that a temporary stay of this action pending the USPTO's decision as to whether to grant or deny Sony's petition for inter partes review is appropriate given that the claim construction process is imminent and the decision, which will be rendered on or before July 22, 2013, will add to the intrinsic record. Accordingly, all deadlines are stayed pending a decision by the USPTO. Apple shall file a status report within two days of the date on which the decision is rendered and shall file a copy of the decision as an attachment to the report. At that time, the Court will consider the extent to which the case schedule will need to be modified.

**IT IS SO ORDERED**.

Dated: June 6, 2013

_____
JON S. TIGAR
United States District Judge