United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 12-cv-01534-JST<br><br>**ORDER TERMINATING MOTION TO COMPEL AND REFERRING ALL DISCOVERY MATTERS TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE** |

Plaintiff Grobler moves to compel "core discovery." ECF No. 86. The motion is TERMINATED, as it fails to comply with this Court's civil standing order.

Judge Grewal can no longer preside over discovery in this action because the case is no longer assigned to a district judge in San Jose. Accordingly, the Court refers all discovery matters in this action to a randomly assigned magistrate judge. The parties shall consult the standing orders of the assigned magistrate judge before filing any discovery-related requests.

**IT IS SO ORDERED.**

Dated: February 13, 2014

_____
JON S. TIGAR
United States District Judge