Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin       (State Bar No. 209233)
Jennifer L. Gilbert    (State Bar No. 255820)
Eric J. Sidebotham     (State Bar No. 208829)
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
ejs@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Attorneys for Plaintiff
BENJAMIN GROBLER

DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeff.homrig@lw.com
EUGENE CHIU (*pro hac vice*)
eugene.chiu@lw.com
LINFONG TZENG (Bar No. 281798)
linfong.tzeng@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
JOSEPH. H. LEE (Bar No. 248046)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
KATHY YU (Bar No 268210)
kathy.yu@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  3:12-cv-01534-JST (JSC)<br><br>**JOINT MOTION TO STAY** |

1

Plaintiff Benjamin Grobler ("Grobler") and Defendant Apple Inc. ("Apple") respectfully move the court to stay all pending deadlines until June 4, 2014.  The parties are presently engaged in settlement discussions and believe that a 30-day stay would promote a potential resolution of the case.  The parties agree that the stay does not permit the parties to serve additional written discovery requests on the other party, should discovery resume.  The parties further agree that the change in schedule will not be cited as a factor in the merits of any discovery motion brought by the parties if the case continues.   Moreover, if settlement discussions are not successful, the requested stay would not affect the schedule for summary judgment motions and trial.

Therefore, the parties respectfully request that the Court enter the attached proposed Order staying this case until **June 4, 2014** in accordance with the **Proposed Schedule** below:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Reopen discovery | NA | 6/4/14 |
| Fact discovery cut-off | 5/21/14 | 7/3/14 |
| Opening expert | 6/11/14 | 7/17/14 |
| Rebuttal expert | 7/9/14 | 7/31/14 |
| Expert discovery cut-off | 8/6/14 | 8/13/14 |
| Deadline for filing dispositive motions | 10/6/14 | 10/6/14 |
| Pretrial conference statement | 12/30/14 | 12/30/14 |
| Pretrial conference | 1/9/15 | 1/9/15 |
| Trial | 1/26/15 | 1/26/15 |

Dated: May 5, 2014                    Respectfully submitted,

                                      */s/ Christopher D. Banys*
                                      Christopher D. Banys

                                      BANYS, P.C.
                                      Christopher D. Banys        (SBN 230038)
                                      Richard C. Lin              (SBN 209233)
                                      Jennifer L. Gilbert         (SBN 255820)
                                      Eric J. Sidebotham          (SBN 208829)
                                      BANYS, P.C.
                                      1032 Elwell Court, Suite 100
                                      Palo Alto, CA  94303
                                      Tel:  (650) 308-8505
                                      Fax:  (650) 353-2202

                                      Attorneys for Plaintiff
                                      BENJAMIN GROBLER


                                      */s/ Jeffrey G. Homrig*
                                      Douglas E. Lumish
                                      Jeffrey G. Homrig
                                      Joseph H. Lee
                                      Eugene Chiu *(pro hac vice)*
                                      Kathy Yu

                                      Attorneys for Defendant
                                      APPLE INC.

3

I, Christopher D. Banys, am the ECF User whose ID and password are being used to file this JOINT MOTION TO STAY.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signatures appear on the foregoing page have concurred with this filing.

*/s/ Christopher D. Banys*
Christopher D. Banys
