Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin       (State Bar No. 209233)
Jennifer L. Gilbert   (State Bar No. 255820)
Eric J. Sidebotham    (State Bar No. 208829)
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
ejs@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Attorneys for Plaintiff
BENJAMIN GROBLER

DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeff.homrig@lw.com
EUGENE CHIU (*pro hac vice*)
eugene.chiu@lw.com
LINFONG TZENG (Bar No. 281798)
linfong.tzeng@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
JOSEPH. H. LEE (Bar No. 248046)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
KATHY YU (Bar No 268210)
kathy.yu@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER<br><br>              Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No.  3:12-cv-01534-JST (JSC)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY** |

1

Before the Court is the Joint Motion To Stay filed by Plaintiff Benjamin Grobler ("Grobler") and Defendant Apple Inc. ("Apple").  Having considered the motion, and for good cause shown, IT IS HEREBY ORDERED:

The parties' Joint Motion to Stay is GRANTED.

The case is stayed through and until June 4, 2014 and will continue with the following schedule:

| Event | Schedule |
| --- | --- |
| Reopen discovery | 6/4/14 |
| Fact discovery cut-off | 7/3/14 |
| Opening expert | 7/17/14 |
| Rebuttal expert | 7/31/14 |
| Expert discovery cut-off | 8/13/14 |
| Deadline for filing dispositive motions | 10/6/14 |
| Pretrial conference statement | 12/30/14 |
| Pretrial conference | 1/9/15 |
| Trial | 1/26/15 |

This stay does not permit the parties to serve additional written discovery requests on the other party should discovery resume.  Moreover, should discovery resume, the change in schedule will not be cited as a factor in the merits of any discovery motion brought by the parties.

IT IS SO ORDERED.


Dated:

_____
Honorable Jon S. Tigar
United States District Judge

2