1  Christopher D. Banys (State Bar No. 230038)
   Richard C. Lin        (State Bar No. 209233)
2  Jennifer L. Gilbert   (State Bar No. 255820)
   Eric J. Sidebotham    (State Bar No. 208829)
3  cdb@banyspc.com
   rcl@banyspc.com
4  jlg@banyspc.com
   ejs@banyspc.com
5  BANYS, P.C.
   1032 Elwell Court, Suite 100
6  Palo Alto, California 94303
   Telephone:  (650) 308-8505
7  Facsimile:  (650) 353-2202

8  Attorneys for Plaintiff
   BENJAMIN GROBLER
9

   DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
   JEFFREY G. HOMRIG (Bar No. 215890)
   jeff.homrig@lw.com
   EUGENE CHIU (*pro hac vice*)
   eugene.chiu@lw.com
   LINFONG TZENG (Bar No. 281798)
   linfong.tzeng@lw.com
   LATHAM & WATKINS LLP
   140 Scott Drive
   Menlo Park, California 94025
   Telephone: +1.650.328.4600
   Facsimile: +1.650.463.2600

   JOSEPH. H. LEE (Bar No. 248046)
   joseph.lee@lw.com
   LATHAM & WATKINS LLP
   650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626
   Telephone: +1.714.540.1235
   Facsimile: +1.714.755.8290

   KATHY YU (Bar No. 268210)
   kathy.yu@lw.com
   LATHAM & WATKINS LLP
   355 South Grand Avenue
   Los Angeles, California 90071
   Telephone: +1.213.485.1234
   Facsimile: +1.213.891.8763

   Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No. 12-cv-01534-JST (JSC)<br><br>**JOINT MOTION TO DISMISS APPLE INC. WITH PREJUDICE** |

Plaintiff Benjamin Grobler ("Grobler") and Defendant Apple Inc. ("Apple") announce to the

Court that they have settled their claims for relief asserted in this cause and thus move this Court to

1  dismiss with prejudice all pending claims by Grobler against Apple, and dismiss without prejudice

2  all pending counterclaims by Apple against Grobler.  Grobler further requests that such dismissal

3  occur after the Court has ruled on Grobler's pending Unopposed Motion to Vacate Claim

4  Construction Order (Dkt. No. 126).  Each party is to bear its own costs and fees.  A proposed order

5  accompanies this Motion.

6

7  Dated: July 17, 2014                                    Respectfully submitted,

8                                                                      */s/      Christopher D. Banys*
                                                                        Christopher D. Banys

9

10                                                                    BANYS, P.C.
                                                                        Christopher D. Banys          (SBN 230038)

11                                                                    Richard C. Lin                      (SBN 209233)
                                                                        Jennifer L. Gilbert              (SBN 255820)
                                                                        Eric J. Sidebotham           (SBN 208829)

12                                                                    BANYS, P.C.
                                                                        1032 Elwell Court, Suite 100

13                                                                    Palo Alto, CA  94303
                                                                        Tel:  (650) 308-8505

14                                                                    Fax:  (650) 353-2202

15                                                                    Attorneys for Plaintiff
                                                                        Benjamin Grobler

16

17                                                                    */s/      Jeffrey G. Homrig*

18                                                                    Douglas E. Lumish
                                                                        Jeffrey G. Homrig

19                                                                    Joseph H. Lee
                                                                        Eugene Chiu *(pro hac vice)*

20                                                                    Kathy Yu

21                                                                    Attorneys for Defendant APPLE INC.

22

23

24

25

26

27

28

1          I, Eugene Chiu, am the ECF User whose ID and password are being used to file this JOINT

2    MOTION TO DISMISS APPLE INC. WITH PREJUDICE.  In compliance with Civil Local Rule

3    5-1(i)(3), I hereby attest that counsel whose e-signatures appear on the foregoing page have

4    concurred with this filing.

5                                                          */s/ Eugene Chiu*

6                                                          Eugene Chiu

7

8    SV\1368745.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 12-cv-01534-JST (JSC)
JT MTN TO DISMISS APPLE WITH PREJUDICE