UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.  12-cv-01534-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 127 |

The parties have filed a stipulation of dismissal dated July 17, 2014, stating that they have agreed to a settlement of this action.  ECF No. 127.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Grobler's pending claims against Apple are dismissed with prejudice.  Apple's pending counterclaims against Grobler are dismissed without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 21, 2014

_____
JON S. TIGAR
United States District Judge